IN THE UNITED STATES COURT OF APPEALS FOR
THE TENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   23-5097 |
| | ) | |
| CAMERON KELLY MCABEE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW John M. Dunn, member of the CJA panel and counsel of record for Cameron Kelly McAbee and moves this court to permit him to withdraw from the case. In support of which the Defendant shows the Court as follows:

1. Counsel was appointed to represent Mr. McAbee on January 13, 2023.

2. At that point, Mr. McAbee had been represented by Travis Horton of the CJA Panel. Mr. Horton had to withdraw as a result of being appointed as Special District Judge for the District Court of Tulsa County.

3. At the time Counsel was appointed, Mr. McAbee had already entered a plea of Guilty to Counts I-IV. Counsel was able to represent Mr. McAbee through sentencing on August 25, 2023.

4. Mr. McAbee received a life sentence.

5. Mr. McAbee has requested an appeal be filed in this case. However, Mr. McAbee specifically requested that Counsel no represent him on appeal.

6. Counsel has prepared the Notice of Intent to Appeal, Docketing Statement, and Entry of Appearance.

7. Continued representation of Mr. McAbee would be inconsistent with the rules of professional responsibility, as Mr. McAbee has affirmatively indicated that he no longer wants Mr. Dunn to represent him.

8. Counsel requests that this Court appoint counsel to represent Mr. McAbee in continuing with his appeal.

WHEREFORE, counsel requests this court to relieve him of the responsibility of defending Defendant, Cameron Kelly McAbee and allow him to withdraw from this case, and appoint substitute counsel for representation during the appeal.

Respectfully Submitted,
/s/ John M. Dunn
John M. Dunn,  OBA# 20975
616 South Main, Suite 206
Tulsa, OK 74103
(918) 526-8000
(918) 359-5050 Facsimile
jmdunn@johndunnlaw.com
Attorney for Defendant

## CERTIFICATION OF COUNSEL

I certify that 1) All required privacy redactions have been made, 2) any required paper copies to be submitted to the court are exact copies of the version submitted electronically, 3) the electronic submission was scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

/s/ John M. Dunn
John M. Dunn

## CERTIFICATE OF SERVICE

    I hereby certify that on August 30, 2023, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Christopher Nassar  -  Christopher.Nassar@usdoj.gov

                                                   /s/ John M. Dunn  
                                                     John M. Dunn