# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

United States of America
Plaintiff / Appellee
v.

Cameron Kelly McAbee
Defendant/ Appellant

Case No. 23-5097

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for _____ Cameron Kelly McAbee _____
                                     Party or Parties
Appellant / Petitioner, in the subject case(s).
                     Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐   On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding.

X   There are no such parties, or any such parties have heretofore been disclosed to the court.

 John M. Dunn_____           _____
Name of Counsel                                                                 Name of Counsel

 /s/ John M. Dunn_____           _____
Signature of Counsel                                                            Signature of Counsel

616 S. Main, Suite 206, Tulsa, Ok 74119
(918) 526-8000
_____           _____
Mailing Address and Telephone Number                       Mailing Address and Telephone Number

E-Mail Address jmdunn@johndunnlaw.com              E-Mail Address _____

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date)  August 30, 2023_____ via (state method of service) e-mail
to Christopher Nassar, Assistant US Attorney (*See* Fed. R. App. P. 25(b))

 /s/ John M. Dunn_
(Signature)