UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff/Appellee,<br><br>v.<br><br>CAMERON KELLY MCABEE,<br><br>      Defendant/Appellant. | No. 23-5097 |

Pursuant to Federal Rule of Appellate Procedure 26.1(b), the undersigned, on behalf of the United States of America, certifies[1] as follows:

\_\_\_    The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

_____
_____
_____
_____

 ✓    There is no information to disclose pursuant to Fed. R. App. P. 26.1.

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

 /s/ *Ashley M. Robert*
Ashley M. Robert, Texas Bar No. 24086955
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119-1013
918.382.2700
ashley.robert@usdoj.gov

**Certificate of Service**

I certify that on August 31, 2023, I electronically transmitted the foregoing to the Clerk of the Court using the ECF System for filing, which will send notification of that filing to the following ECF registrant:

John Dunn (jmdunn@johndunnlaw.com)
Counsel for Defendant/Appellant.

 /s/ *William L. Foreman*
William L. Foreman
Paralegal Specialist