UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff/Appellee, | |
| v. | No. 23-5097 |
| CAMERON KELLY MCABEE, | |
| Defendant/Appellant. | |

 In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for the United States of America, Appellee/Plaintiff in the subject case.

 Further, in accordance with 10th Cir. R. 46.1, the undersigned certifies as follows: **(Check one.)**

___ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding.

✓ There are no such parties, or any such parties have heretofore been disclosed to the court.

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

*/s/ Ashley M. Robert*
Ashley M. Robert, Texas Bar No. 24086955
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119-1013
918.382.2700
ashley.robert@usdoj.gov

## Certificate of Service

    I certify that on August 31, 2023, I electronically transmitted the foregoing to the Clerk of the Court using the ECF System for filing, which will send notification of that filing to the following ECF registrant:

John Dunn (jmdunn@johndunnlaw.com)
Counsel for Defendant/Appellant.

                                      */s/ William L. Foreman*
                                      William L. Foreman
                                      Paralegal Specialist