FILED
United States Court of Appeals
Tenth Circuit

September 5, 2023

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 23-5097 |
| CAMERON KELLY McABEE, | (D.C. No. 4:21-CR-00361-JFH-1) (N.D. Okla.) |
| Defendant - Appellant. | |

_____

**ORDER**
_____

Before **HOLMES**, Chief Circuit Judge.
_____

This matter is before the court on the Motion to Withdraw as Counsel (the "Motion"). The appellant's most recent counsel appointed by the district court, John M. Dunn, seeks leave to withdraw from representing the appellant in this court. The minimum required preliminary documents have been filed. *See* 10th Cir. R. 46.3(A). Counsel did not serve the appellant with a copy of the Motion, however. *See id.* 46.4(A)(3). Notwithstanding this deficiency, the Motion is granted, as provided below.

John M. Dunn is appointed pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, effective nunc pro tunc to the date the notice of appeal was filed in this matter. Mr. Dunn's appointment ends following entry of this order.

With Mr. Dunn's withdrawal, the court finds that the appellant is eligible for, and the interests of justice require, the appointment of other counsel to assist with this appeal in accordance with 18 U.S.C. § 3006A. Therefore, attorney Ryan Truskoski is appointed as counsel for the appellant for purposes of this appeal.

The court also directs as follows:

1. On or before September 19, 2023, the appellant's former counsel shall transmit copies of any documents in his possession pertinent to this appeal that are not available on PACER or CM/ECF – including exhibits introduced at hearings or trial – to Mr. Truskoski (1300-G El Paseo Road, Suite 122, Las Cruces, NM 88001; Telephone: 575-404-3080; Email: Rtrusk1@aol.com).

2. Also by or before September 19, 2023, Mr. Truskoski shall file and serve an entry of appearance in this court. *See* 10th Cir. R. 46.1.

3. This appeal is partially perfected. On or before September 25, 2023, Mr. Truskoski must file in the district court (A) a designation of record, *id.* 10.2, and (B) a transcript order form or notice that no transcripts are needed, *id.* 10.1. Notice to this court should be provided when documents are filed in the district court.

4. The clerk of this court shall transmit a copy of this order to the clerk of the district court. The clerk of the district court shall wait until at least September 26, 2023, before transmitting the record on appeal to this court. Briefing on the merits will begin after the district court transmits the record on appeal to this court.

5. Finally, to resolve the service deficiency identified at the beginning of this order, Mr. Dunn shall serve the appellant with copies of both the Motion and this order.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

*Lara Smith*

by: Lara Smith
   Counsel to the Clerk