UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

UNITED STATES OF AMERICA
v.
CAMERON KELLY MCABEE

Case No. 23-5097

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for

_Cameron Kelly McAbee_, in the subject case(s).

Party or Parties
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☑ There are no such parties, or any such parties have heretofore been disclosed to the court.

_Ryan Thomas Truskoski_
Name of Counsel

_/s/_
Signature of Counsel

1300-G El Paseo Rd., Ste. 122
Las Cruces, NM 88001  (575) 404-3080
Mailing Address and Telephone Number

E-Mail Address  _Rtrusk1@aol.com_

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address _____

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on
(please insert date) _9/06/2023_ via (state method of service) _cm/ecf_.

to _ashley.robert@usdoj.gov_
(See Fed. R. App. P. 25(b))

_/s/_
(Signature)

A-5  Entry of Appearance Form 10/09