UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

October 12, 2023

Ms. Laura L. Griffin  
United States District Court for the Northern District of Oklahoma  
333 West 4th Street, Room 411  
Tulsa, OK 74103

**RE:**     **23-5097, United States v. McAbee**  
         Dist/Ag docket: 4:21-CR-00361-JFH-1

Dear Court Reporter:

We filed a Notice of Transcript Order in this case certifying that appellant ordered transcripts from you and made satisfactory arrangements for payment, but we have not received your acknowledgment of that order and estimated completion date. *See* 10th Cir. R. 10.2(B)(2).

Within 10 days of the date of this letter, please complete the Notice of Transcript Order and file a copy with this court. **If satisfactory arrangements for payment have not been made with the appellant, including following the proper evoucher procedures as applicable, or if our information is otherwise incorrect, please notify the clerk's office in writing forthwith.**

Please contact this office if you have questions.

                                        Sincerely,

                                        Christopher M. Wolpert  
                                        Clerk of Court

cc:      George Jiang  
          Christopher Nassar  
          Reagan Vincent Reininger

Ashley Robert
Ryan Thomas Truskoski

CMW/sls