OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT

Mark C. McCartt
Clerk of Court

Northern District of Oklahoma
411 UNITED STATES COURTHOUSE
333 West Fourth Street
Tulsa, Oklahoma 74103-3819

Telephone (918) 699-4700
Fax (918) 699-4756

November 9, 2023

Clerk of Court
Tenth Circuit Court of Appeals
1823 Stout Street
Denver, Colorado 80257

IN RE:  Case No.:  21-cr-00361-JFH-1
10th Circuit Case No.: 23-5097
Plaintiff: USA
Defendant: Cameron Kelly McAbee

Dear Clerk of Court,

Enclosed is the electronic district court file in the above case consisting of 3 volumes.

If there is anything further needed, please do not hesitate to contact me.

Very truly yours,

Mark C. McCartt, Clerk of Court

s/ L. Tiefenthaler

By: Lynn Tiefenthaler, Case Administrator

Enclosures:
Volume I    Docket Sheet & Public Pleadings
Volume II   Sealed Pleadings
Volume III  Restricted Transcripts

cc: All counsel of record

# U.S. District Court
## U.S. District Court for the Northern District of Oklahoma (Tulsa)
### ABRIDGED CRIMINAL DOCKET FOR CASE #: 4:21-cr-00361-JFH-1

Case title: USA v. McAbee

Date Filed: 08/17/2021

Magistrate judge case number: 4:21-mj-00529-CDL

Date Terminated: 08/28/2023

Assigned to: Chief Judge John F Heil, III

Appeals court case number: 23-5097 (#57) 10th Circuit

## Defendant (1)

**Cameron Kelly McAbee**
*TERMINATED: 08/28/2023*

represented by **John Mikel Dunn**
John M Dunn Law Office PLLC
616 S MAIN STE 206
TULSA, OK 74119
918-526-8000
Fax: 918-359-5050
Email: jmdunn@johndunnlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA or Other Appointment*

**Travis Don Horton**
Swab & Stall PA
2021 S LEWIS AVE STE 520
TULSA, OK 74104
918-587-2700
Fax: 918-743-1002
Email: thorton@swabstall.com
*TERMINATED: 01/13/2023*
*LEAD ATTORNEY*
*Designation: Retained*

| Pending Counts | Disposition |
|---|---|
| 18 USC 2252A(g)(2) and (g)(1): Child Exploitation Enterprise; Forfeiture Allegation: 18 USC 2253: Child Exploitation Forfeiture (1) | BOP Life; SR Life; Restitution $26,610; SMA $100 |
| 18 USC 2251(b) and 2251(e): Sexual Exploitation of a Child by a Parent; Forfeiture Allegation: 18 USC 2253: Child Exploitation Forfeiture (2) | BOP 360 concurrent to Ct 1,3,4; SR Life; SMA $100 |
| 18 USC 2252(a)(2) and 2252(b)(1): Receipt and Distribution of Child Pornography; Forfeiture Allegation: 18 USC 2253: Child Exploitation Forfeiture (3) | BOP 240 concurrent to Ct 1,2,4; SR Life; SMA $100 |
| 18 USC 2252(a)(4) and 2252(b)(2): Possession of Child Pornography in Indian Country; Forfeiture Allegation: 18 USC 2253: Child Exploitation Forfeiture (4) | BOP 240 concurrent to Ct 1,2,3; SR Life; SMA $100 |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| 18:2251(b) Sexual Exploitation of a Child by a Parent | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Ashley Robert**<br>DOJ-USAO<br>USAO-Northern District of Oklahoma<br>110 West 7th Street<br>Ste 300<br>Tulsa, OK 74119<br>918-703-7912<br>Email: ashley.robert@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Government Attorney (local,state,federal)<br><br>**Christopher Jordon Nassar**<br>United States Attorney's Office (Tulsa)<br>110 W 7TH ST STE 300<br>TULSA, OK 74119-1013<br>918-382-2702<br>Fax: 918-560-7938<br>Email: christopher.nassar@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Government Attorney (local,state,federal)<br><br>**George Jiang**<br>DOJ-USAO<br>110 W 7th Street<br>Suite 300<br>Tulsa, OK 74119<br>918-382-2764<br>Email: george.jiang@usdoj.gov<br>*TERMINATED: 08/30/2023*<br>*LEAD ATTORNEY*<br>Designation: Government Attorney (local,state,federal)<br><br>**Reagan Vincent Reininger**<br>United States Attorney's Office (Tulsa)<br>110 W 7TH ST STE 300<br>TULSA, OK 74119-1013<br>918-382-2704<br>Fax: 918-560-7938<br>Email: reagan.reininger@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Government Attorney (local,state,federal) |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/27/2021 | 1 | COMPLAINT approved by Magistrate Judge Christine D Little by USA as to Cameron Kelly McAbee (1) (tjc, Dpty Clk) [4:21-mj-00529-CDL] (Entered: 07/27/2021) |
| 07/27/2021 | 2 | WARRANT Issued by Magistrate Judge Christine D Little as to Cameron Kelly McAbee (tjc, Dpty Clk) [4:21-mj-00529-CDL] (Entered: 07/27/2021) Contains One or More Restricted PDFs |

| Date | # | Docket Text |
|---|---|---|
| 07/28/2021 | 5 | MINUTES of Proceedings - held before Magistrate Judge Susan E Huntsman: Initial Appearance held on 7/28/2021 , ruling on motion(s)/document(s): #4 granted, adding attorney Travis Don Horton for Cameron Kelly McAbee, setting/resetting deadline(s)/hearing(s): ( Detention Hearing set for 8/2/2021 at 02:00 PM before Magistrate Judge Jodi F Jayne, Preliminary Hearing set for 8/2/2021 at 02:00 PM before Magistrate Judge Jodi F Jayne), ordering defendant be detained as to Cameron Kelly McAbee (Re: 4 MOTION for Hearing ) (Court Reporter: C1) (sdc, Dpty Clk [4:21-mj-00529-CDL] (Entered: 07/28/2021) |
| 07/28/2021 | 6 | ORDER by Magistrate Judge Jodi F Jayne *setting Preliminary and Detention Hearings*, ordering defendant be detained as to Cameron Kelly McAbee (sdc, Dpty Clk) [4:21-mj-00529-CDL] (Entered: 07/28/2021) |
| 07/28/2021 | 7 | ORDER by Magistrate Judge Susan E Huntsman as to Cameron Kelly McAbee (sdc, Dpty Clk) [4:21-mj-00529-CDL] (Entered: 07/28/2021) |
| 07/29/2021 | 8 | WARRANT Returned Executed as to Cameron Kelly McAbee (tjc, Dpty Clk) [4:21-mj-00529-CDL] (Entered: 07/29/2021) |
| 08/02/2021 | 9 | MINUTES of Proceedings - held before Magistrate Judge Jodi F Jayne: Detention Hearing held on 8/2/2021 , Preliminary Examination held on 8/2/2021 , setting/resetting deadline(s)/hearing(s): ( Detention Hearing set for 8/6/2021 at 02:00 PM before Magistrate Judge Jodi F Jayne), ordering defendant be detained as to Cameron Kelly McAbee (Court Reporter: C1) (tjc, Dpty Clk) [4:21-mj-00529-CDL] (Entered: 08/02/2021) |
| 08/02/2021 | 10 | WAIVER of Preliminary Examination or Hearing by Cameron Kelly McAbee (tjc, Dpty Clk) [4:21-mj-00529-CDL] (Entered: 08/02/2021) |
| 08/09/2021 | 11 | MINUTE ORDER by Magistrate Judge Jodi F Jayne *resetting Detention Hearing*, setting/resetting deadline(s)/hearing(s): ( Detention Hearing set for 8/16/2021 at 02:00 PM before Magistrate Judge Jodi F Jayne) as to Cameron Kelly McAbee (This entry is the Official Order of the Court. No document is attached.) (sdc, Dpty Clk) [4:21-mj-00529-CDL] (Entered: 08/09/2021) |
| 08/16/2021 | 12 | MINUTES of Proceedings - held before Magistrate Judge Jodi F Jayne: Detention Hearing held on 8/16/2021 , ordering defendant be detained, ruling on motion(s)/document(s): #3 granted, striking/terminating deadline(s)/hearing(s) as to Cameron Kelly McAbee (Re: 3 MOTION for Detention ) (Court Reporter: C1) (tjc, Dpty Clk) [4:21-mj-00529-CDL] (Entered: 08/16/2021) |
| 08/17/2021 | 13 | ORDER by Magistrate Judge Jodi F Jayne , ordering defendant be detained as to Cameron Kelly McAbee (sdc, Dpty Clk) [4:21-mj-00529-CDL] (Entered: 08/17/2021) |
| 08/17/2021 | 15 | INDICTMENT by USA as to Cameron Kelly McAbee (1) count(s) 1, 2, 3, 4 (pll, Dpty Clk) (Entered: 08/18/2021) |
| 08/17/2021 | 16 | SEALED UNREDACTED VERSION of Dkt # 15 per FRCrP 49.1(f) (pll, Dpty Clk) (Entered: 08/18/2021) Contains One or More Restricted PDFs |
| 08/26/2021 | 19 | MOTION for Protective Order by USA as to Cameron Kelly McAbee (Nassar, Christopher) (Entered: 08/26/2021) |
| 08/26/2021 | 20 | MINUTES of Proceedings - held before Magistrate Judge Jodi F Jayne: Arraignment held on 8/26/2021 , ordering defendant be detained, striking/terminating deadline(s)/hearing(s) as to Cameron Kelly McAbee (Court Reporter: C1) (tjc, Dpty Clk) (Entered: 08/26/2021) |
| 08/26/2021 | 21 | Joint MOTION to Declare Case Complex by USA as to Cameron Kelly McAbee (Nassar, Christopher) (Entered: 08/26/2021) |
| 08/27/2021 | 22 | ORDER by Chief Judge John F Heil, III , ruling on motion(s)/document(s): #21 granted (Re: 21 Joint MOTION to Declare Case Complex ) as to Cameron Kelly McAbee (pll, Dpty Clk) (Entered: 08/27/2021) |
| 11/04/2021 | 28 | BILL OF PARTICULARS by USA as to Cameron Kelly McAbee (Reininger, Reagan) (Entered: 11/04/2021) |
| 04/22/2022 | 32 | MINUTE ORDER by Chief Judge John F Heil, III *upon advice from counsel, defendant wishes to change his plea. A Change of Plea hearing is set for 5/5/2022 at 10:00 a.m. before Magistrate Judge Donald D. Bush in Courtroom 5. The pretrial set for 4/28/2022 before Judge Heil is hereby stricken*, setting/resetting change of plea hearing: ( Change of Plea Hearing set for 5/5/2022 at 10:00 AM before Magistrate Judge Donald D Bush) as to Cameron Kelly McAbee (This entry is the Official Order of the Court. No document is attached.) (alg, Dpty Clk) (Entered: 04/22/2022) |
| 05/05/2022 | 33 | MINUTES of Proceedings - held before Magistrate Judge Donald D Bush: Change of Plea Hearing held on 5/5/2022 , guilty plea entered, striking/terminating deadline(s)/hearing(s) as to Cameron Kelly McAbee (Court Reporter: C5) (alg, Dpty Clk) (Entered: 05/06/2022) |
| 05/05/2022 | 34 | CONSENT by Defendant to Proceed before a Magistrate Judge for Change of Plea (in Felony case) approved by Magistrate Judge Donald D Bush as to Cameron Kelly McAbee (alg, Dpty Clk) (Entered: 05/06/2022) |
| 05/05/2022 | 35 | WAIVER of Right to Trial by Jury approved by Magistrate Judge Donald D Bush by Cameron Kelly McAbee (alg, Dpty Clk) (Entered: 05/06/2022) |

CM/ECF LIVE - U.S. District Court:oknd                    https://oknd-ecf.sso.dcn/cgi-bin/DktRpt.pl?685568156355716-L_9999_1-1

Case 4:21-cr-00361-JFH   Document 72-1 Filed in USDC ND/OK on 11/09/23   Page 4 of 5
Appellate Case: 23-5097   Document: 010110950149   Date Filed: 11/09/2023   Page: 5

| Date | Doc # | Description |
|---|---|---|
| 05/05/2022 | 36 | PETITION to Enter Plea of Guilty and ORDER Accepting Plea by Magistrate Judge Donald D Bush as to Cameron Kelly McAbee (alg, Dpty Clk) (Entered: 05/06/2022) |
| 05/05/2022 | 37 | PLEA AGREEMENT as to Cameron Kelly McAbee (alg, Dpty Clk) (Entered: 05/06/2022) |
| 05/05/2022 | 38 | SEALED PLEA SUPPLEMENT (alg, Dpty Clk) (Entered: 05/06/2022) Contains One or More Restricted PDFs |
| 06/14/2022 | 39 | MOTION for Forfeiture *Order* by USA as to Cameron Kelly McAbee (Reininger, Reagan) (Entered: 06/14/2022) |
| 06/15/2022 | 40 | ORDER by Chief Judge John F Heil, III (OF FORFEITURE) , ruling on motion(s)/document(s): #39 granted, directing forfeiture of property/money (Re: 39 MOTION for Forfeiture *Order* ) as to Cameron Kelly McAbee (crp, Dpty Clk) Modified on 6/15/2022 to text in title of order (crp, Dpty Clk). (Entered: 06/15/2022) |
| 08/17/2022 | 41 | AFFIDAVIT/CERTIFICATE/PROOF of Publication by USA as to Cameron Kelly McAbee (With attachments) (Reininger, Reagan) (Entered: 08/17/2022) |
| 01/12/2023 | 42 | MOTION to Withdraw Attorney(s) *Travis D. Horton* by Cameron Kelly McAbee (Horton, Travis) (Entered: 01/12/2023) |
| 01/13/2023 | 43 | ORDER by Chief Judge John F Heil, III *: granting defendant's motion*, ruling on motion(s)/document(s): #42 granted, adding attorney John Mikel Dunn for Cameron Kelly McAbee terminating attorney Travis Don Horton (Re: 42 MOTION to Withdraw Attorney(s) *Travis D. Horton* ) as to Cameron Kelly McAbee (pll, Dpty Clk) (Entered: 01/13/2023) |
| 05/31/2023 | 45 | SENTENCING MEMORANDUM as to Cameron Kelly McAbee (With attachments) (Dunn, John) (Entered: 05/31/2023) |
| 05/31/2023 | 46 | OBJECTION to Presentence Investigation Report by Cameron Kelly McAbee (With attachments) (Dunn, John) (Entered: 05/31/2023) |
| 06/13/2023 | 48 | Amended SENTENCING MEMORANDUM as to Cameron Kelly McAbee (Dunn, John) (Entered: 06/13/2023) |
| 06/26/2023 | 50 | OBJECTION to Presentence Investigation Report *daed June 14, 2023* by Cameron Kelly McAbee (Dunn, John) (Entered: 06/26/2023) |
| 07/14/2023 | 51 | MOTION for Point/Level Reduction by USA as to Cameron Kelly McAbee (Nassar, Christopher) (Entered: 07/14/2023) |
| 07/28/2023 | 52 | SENTENCING MEMORANDUM by USA as to Cameron Kelly McAbee (Nassar, Christopher) (Entered: 07/28/2023) |
| 08/25/2023 | 54 | MINUTES of Proceedings - held before Chief Judge John F Heil, III: Sentencing held on 8/25/2023 , ruling on motion(s)/document(s): #51 granted, striking/terminating deadline(s)/hearing(s) as to Cameron Kelly McAbee (Re: 51 MOTION for Point/Level Reduction ) (Court Reporter: Laura Griffin) (pll, Dpty Clk) (Entered: 08/25/2023) |
| 08/28/2023 | 55 | JUDGMENT AND COMMITMENT by Chief Judge John F Heil, III , entering judgment as to Cameron Kelly McAbee (pll, Dpty Clk) (Entered: 08/28/2023) |
| 08/28/2023 | 56 | NOTICE *of Final Order of Forfeiture* by USA as to Cameron Kelly McAbee (Reininger, Reagan) (Entered: 08/28/2023) |
| 08/28/2023 | 57 | NOTICE OF APPEAL to Circuit Court (Re: 55 Judgment and Commitment, Entering Judgment ) as to Cameron Kelly McAbee (Dunn, John) (Entered: 08/28/2023) |
| 08/29/2023 | 58 | PRELIMINARY RECORD Sent to Circuit Court (Re: 57 Notice of Appeal to Circuit Court ) as to Cameron Kelly McAbee (With attachments) (lmt, Dpty Clk) (Entered: 08/29/2023) |
| 08/29/2023 | 59 | APPEAL NUMBER INFORMATION from Circuit Court assigning Case Number 23-5097 (#57) (Re: 57 Notice of Appeal to Circuit Court ) as to Cameron Kelly McAbee (blc, Dpty Clk) (Entered: 08/29/2023) |
| 10/26/2023 | 68 | TRANSCRIPT of Proceedings (Unredacted) of Change of Plea held on 5-5-22 before Magistrate Judge Donald D Bush (Court Reporter: Laura Griffin 918-699-4879) (Pages: 1-25). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 33 Minutes of Change of Plea Hearing,, Guilty/Nolo Contendere Plea Entered,, Striking/Terminating Deadline(s)/Hearing(s), 57 Notice of Appeal to Circuit Court ) as to Cameron Kelly McAbee (lg, Crt Rptr) (Entered: 10/26/2023) Contains One or More Restricted PDFs |
| 10/26/2023 | 69 | TRANSCRIPT of Proceedings (Unredacted) of Sentencing held on 8-25-23 before Chief Judge John F Heil, III (Court Reporter: Laura Griffin 918-699-4879) (Pages: 1-31). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party |

CM/ECF LIVE - U.S. District Court:oknd　　　https://oknd-ecf.sso.dcn/cgi-bin/DktRpt.pl?685568156355716-L_9999_1-1

Case 4:21-cr-00361-JFH　　Document 72-1 Filed in USDC ND/OK on 11/09/23　　Page 5 of 5
Appellate Case: 23-5097　　Document: 010110950149　　Date Filed: 11/09/2023　　Page: 6

| | | needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 57 Notice of Appeal to Circuit Court, 54 Minutes of Sentencing,, Ruling on Motion(s)/Document(s),, Striking/Terminating Deadline(s)/Hearing(s), ) as to Cameron Kelly McAbee (lg, Crt Rptr) (Entered: 10/26/2023) Contains One or More Restricted PDFs |