# UNITED STATES COURT OF APPEALS
# TENTH CIRCUIT

CASE NO.:  23-5097

UNITED STATES OF AMERICA,

     Plaintiff-Appellee,

vs.

CAMERON KELLY MCABEE,

     Defendant-Appellant.

_____/

## APPELLANT'S RESPONSE TO UNITED STATES' MOTION TO ENFORCE APPEAL WAIVER

COMES NOW, the Appellant, CAMERON KELLY MCABEE, by and through the undersigned attorney, pursuant to the Federal Rules of Appellate Procedure and hereby objects to the United States' Motion to Dismiss and asks this Court to allow this appeal to proceed on its merits, and as grounds therefore would state as follows:

1.    "Whether a defendant's appeal waiver set forth in a plea agreement is enforceable is a question of law." United States v. Ibarra-Coronel, 517 F.3d 1218, 1221 (10th Cir. 2008).

2.    This Court and others recognize a miscarriage of justice exception to appeal waivers. See inter alia United States v. Hahn, 359 F.3d 1315, 1327 (10th Cir. 2004) (en banc);  United States v. Andis, 333 F.3d 886 (8th Cir. 2003) (en banc);  United States v.

<u>Teeter</u>, 257 F.3d 14, 21 (1st Cir. 2001);  <u>United States v. Khattak</u>, 273 F.3d 557, 563 (3d Cir. 2001).

    3.    Upholding the appeal waiver in this case would constitute a miscarriage of justice. The district court's error led to a sentence of life imprisonment instead of a guideline range of 210-262 months. <u>See</u> opening brief on the merits. This extraordinarily harsh (erroneous) sentence nullifies the appeal waiver.

    WHEREFORE, the Appellant, CAMERON KELLY MCABEE, respectfully requests this Honorable Court to deny the government's motion to dismiss and allow this appeal to be decided on its merits.

    Respectfully submitted,

            */s/ Ryan Thomas Truskoski*
            _____
            RYAN THOMAS TRUSKOSKI, ESQ.
            RYAN THOMAS TRUSKOSKI, P.A.
            Appellate Counsel for Appellant
            NM Dist. Ct. Bar No. 16-164
            1300-G El Paseo Rd. – Ste. 122
            Las Cruces, NM 88001
            (575) 404-3080
            Email:  Rtrusk1@aol.com

## <u>CERTIFICATE OF SERVICE AND DIGITAL SUBMISSION</u>

I HEREBY CERTIFY that the foregoing motion was filed with the Clerk of the

Court for the United States Court of Appeals for the Tenth Circuit by using the appellate

CM/ECF system on this 28th day of November 2023. I ALSO CERTIFY that Ashley

Robert, attorney for the Plaintiff-Appellee United States of America, is a registered

CM/ECF user, and that service will be accomplished by the appellate CM/ECF system. I

ALSO CERTIFY that the digital submission of this document has been scanned for

viruses with the most recent version of the scanning program Windows Defender, and,

according to the program, the file is free of viruses.


*/s/ Ryan Thomas Truskoski*
_____
RYAN THOMAS TRUSKOSKI, ESQ.
Appellate Counsel for Appellant